IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HIGHLAND BEEF FARMS, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> LISA D. JONES, ET AL., ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 1:18-cv-630 <br> Hon. Liam O'Grady |

## SHOW CAUSE ORDER

This matter comes before the Court upon review of the complaint. Dkt. 1. The complaint lists 18 claims, all brought under state common and statutory law. The complaint alleges that plaintiff Highland Beef Farms (HBF) is a resident of Virginia and that defendants Lisa D. Jones and National Supply Network, LLC are also residents of Virginia. Nevertheless, the complaint asserts "[b]ecause defendants Gilman and Western's are citizens of states other than Virginia, where HBF resides, and because the amount in controversy in this action exceeds $75,000, this Court has diversity jurisdiction under 28 U.S.C. § 1332." *Id.*, p. 5.

Diversity of citizenship jurisdiction requires complete diversity between the plaintiff and all defendants. *See, e.g., Lincoln Property Co. v. Roche*, 546 U.S. 81, 89 (2005). Because HBF resides in the same state as at least two defendants, the Court does not appear to have subject matter jurisdiction over this case.

Accordingly, Plaintiff has thirty days from the date of this order to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

It is **SO ORDERED**.

May 30, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge